﻿Citation Nr: AXXXXXXXX
Decision Date: 03/31/21 Archive Date: 03/31/21

DOCKET NO. 210109-129978
DATE: March 31, 2021

REMANDED

Entitlement to Dependency and Indemnity Compensation (DIC) under 38 U.S.C. §1151 is remanded.

REASONS FOR REMAND

The Veteran served on active duty in the United States Army from December 1941 to February 1946. The Veteran died in September 2004. The Appellant is his surviving spouse. 

Entitlement to Dependency and Indemnity Compensation (DIC) under 38 U.S.C. §1151 

The Appellant contends that she is entitled to DIC benefits under 38 U.S.C. §1151.

For the current appeal, the Appellant filed a VA 21-534 Application for Dependency and Indemnity Compensation in December 2020. In the application, the Appellant checked that she was claiming benefits under 38 U.S.C. §1151. The Appellant followed her application by filing a VA 10182 Notice of Disagreement in January 2021. In a January 2021 notification, the Regional Office (RO) denied the Appellant’s claim explaining that the claim was previously denied in October 2018 and the Appellant had not submitted new and relevant evidence. 

However, unlike the Appellant’s previous claim, the Appellant’s December 2020 application noted she was claiming DIC benefits under 38 U.S.C. §1151. The Board notes that the RO’s January 2021 decision only adjudicated service connection for cause of the Veteran’s death, and thus, the RO should have adjudicated the Appellant’s new claim for DIC under 38 U.S.C. §1151. Therefore, the Board finds that the RO’s January 2021 decision did not address the Appellant’s claim and a remand is required to adjudicate the Veteran’s claim for DIC under 38 U.S.C. §1151 on the merits. See 38 CFR § 20.802(a) (“[t]he Board may remand for correction of any other error by the agency of original jurisdiction in satisfying a regulatory or statutory duty, if correction of the error would have a reasonable possibility of aiding in substantiating the appellant’s claim.”). 

The matters are REMANDED for the following action:

Adjudicate the Appellant’s claim for Dependency and Indemnity Compensation under 38 U.S.C. §1151. In deciding the claim, the Regional Office should review all evidence of record, to include the Appellant’s statements regarding entitlement. 

 

JENNIFER HWA

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board J. Negron, Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.